William M. Audet (CA117456)
AUDET & PARTNERS, LLP
221 Main Street Suite 1460
San Francisco, CA 94105
Telephone: (415) 568-2555
Facsimile: (415) 568-2556

Attorneys for Plaintiffs, FRANCES INGRAM

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case No. 07-cv-01497-CRB<br>MDL NO. 1699<br>District Judge: Charles R. Breyer |
| MARY KOZLOWSKI, Individually and as Administrator of the Estate of FRANCES INGRAM,<br><br>Plaintiffs,<br><br>vs.<br><br>Pfizer Inc., et al.<br>Defendants. | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Come now the Plaintiff, MARY KOZLOWSKI, Individually and as Administrator of the Estate of FRANCES INGRAM, and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action **with prejudice** with each side bearing its own attorneys' fees and costs.

-1-

DATED: November 9, 2009      AUDET & PARTNERS, LLP

By: _____
     Counsel's Name
     Attorneys for Plaintiff

DATED: Dec. 22, 2009      DLA PIPER LLP (US)

By: _____
     Michelle W. Sadowsky
     Attorneys for Defendants

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: JAN - 4 2010      _____
                          Hon. Charles R. Breyer
                          United States District Court