1   William M. Audet (CA117456)
    AUDET & PARTNERS, LLP
2   221 Main Street Suite 1460
    San Francisco, CA 94105
3   Telephone: (415) 568-2555
    Facsimile: (415) 568-2556
4

5   Attorneys for Plaintiffs, FRANCES INGRAM

6                   UNITED STATES DISTRICT COURT

7               NORTHERN DISTRICT OF CALIFORNIA

8

9

10  _____    )   **Case No. 07-cv-01497-CRB**
    IN RE: BEXTRA AND CELEBREX            )
11  MARKETING SALES PRACTICES AND         )   **MDL NO. 1699**
    PRODUCT LIABILITY LITIGATION          )   **District Judge:  Charles R. Breyer**
12  _____    )
                                          )
13                                        )
    MARY KOZLOWSKI, Individually and as   )
14  Administrator of the Estate of FRANCES )  **STIPULATION AND ORDER OF**
    INGRAM,                               )   **DISMISSAL WITH PREJUDICE**
15                                        )
                          Plaintiffs,     )
16                                        )
                   vs.                    )
17                                        )
    Pfizer Inc., et al.                   )
18                     Defendants.
    _____

19

20          Come now the Plaintiff, MARY KOZLOWSKI, Individually and as Administrator of the

21  Estate of FRANCES INGRAM, and Defendants, by and through the undersigned attorneys,

22  pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of

23  this action **with prejudice** with each side bearing its own attorneys' fees and costs.

24

25

26

27

28

-1-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

1

DATED:  November 9, 2009          AUDET & PARTNERS, LLP

2

3

By:_____
       Counsel's Name

4

Attorneys for Plaintiff

5

6

DATED: Dec. 22, 2009          DLA PIPER LLP (US)

7

By:_____
       Michelle W. Sadowsky

8

Attorneys for Defendants

9

10

11

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION,
IT IS SO ORDERED.**

12

13

14

Dated: JAN - 4 2010          _____
       Hon. Charles R. Breyer

15

United States District Court

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE